**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 96-60567
(Summary Calendar)

ROBERT N. ANDERSON, JR.,

Petitioner,

versus

SOUTHERN STEVEDORING COMPANY, INC; TEXAS
EMPLOYERS INSURANCE ASSOCIATION; DIRECTOR,
OFFICE OF WORKER'S COMPENSATION PROGRAMS, U.S.
DEPARTMENT OF LABOR,

Respondents.

Petition for Review of an Order of
the Benefits Review Board
(86-2610)

May 19, 1997

Before DAVIS, EMILIO M. GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

Robert N. Anderson appeals an Administrative Law Judge's (ALJ) denial of medical benefits

under the Longshore and Harbor Workers' Compensation Act. Anderson also appeals the ALJ's

denial of a petition to modify the original denial. The Benefits Review Board (BRB) affirmed the

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

ALJ's decisions. We have reviewed the record and the briefs, and conclude that the ALJ's rulings are supported by substantial evidence. The judgment of the BRB is therefore AFFIRMED.